```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 12732
   KATHLEEN M RAMIG
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK
           Debtor
   SSN XXX-XX-0427

-----------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/06/06 and confirmed on 12/20/06.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  10670.00 .

   4.  The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                             PAID         PAID
-----------------------------------------------------------------------------
BANK OF NEW YORK           CURRENT MORTG        .00            .00          .00
BANK OF NEW YORK           MORTGAGE ARRE     8802.77           .00      8802.77
ILLINOIS STUDENT ASSIST    UNSECURED            .00            .00          .00
ROUNDUP FUNDING LLC        UNSECURED         849.14            .00       849.14
REVENUE PRODUCTION MANAG   UNSECURED       NOT FILED           .00          .00
DISH NETWORK               UNSECURED       NOT FILED           .00          .00
B REAL LLC                 UNSECURED         347.47            .00       347.47
       Summary of disbursements:
-----------------------------------------------------------------------------
                    SECURED    PRIORITY    UNSECURED     OTHER       TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED  8802.77        .00      1196.61        .00      9999.38
PRINCIPAL PAID      8802.77        .00      1196.61        .00      9999.38
INTEREST PAID           .00        .00          .00        .00          .00
TOTAL PAID          8802.77        .00      1196.61        .00      9999.38
The Debtor's attorney, RAYMOND S MAKOWSKI         , was allowed $       .00
and was paid $       .00 .

The Trustee received $    485.91 .

Refunds to the Debtor totaled $    184.71 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



   Dated: 11/12/08                        /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
     CASE NO. 06 B 12732 KATHLEEN M RAMIG
```